# AKIN LAW GROUP PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel.  (212) 825-1400     Fax.  (212) 825-1440

ZAFER A. AKIN
LEOPOLD RAIC
ROBERT D. SALAMAN
-------------------------------------

GULSAH SENOL
SIMI BHUTANI
----------------------------

January 18, 2023

**Via ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:   *Ixander Tavera and Arisael Tolentino v. City Style New York, LLC et al.*
              Case No. 22-CV-4265 (LJL)
              **Joint Letter Motion for Settlement Conference and to Adjourn Post Discovery Status Conference**

Dear Judge Liman:

     We represent the Plaintiffs Ixander Tavera and Arisael Tolentino (collectively, "Plaintiffs") in this matter.  We write on behalf of all parties to respectfully request a Settlement Conference with a Magistrate Judge on a date and time convenient for the Court.  Discovery is complete, as the depositions of all parties were conducted on January 10, 2023.  Counsel for both parties have engaged in settlement discussions throughout the litigation, including after the depositions.  Both parties believe a Settlement Conference with a Magistrate Judge would be productive.

     Additionally, the parties request that the Post-Discovery Status Conference currently scheduled for Friday, January 20, 2023 at 4:00 p.m. be adjourned *sine die*.

     We thank the Court for its time and attention to this matter.

                              Very truly yours,

                              **Akin Law Group PLLC**

                              */s/ Robert D. Salaman*
                              _____
                              Robert D. Salaman

cc: Kevin S. Johnson (via ECF)
    *Counsel for Defendants*

ORDER:  The post-discovery status conference is adjourned to April 19, 2023 at 2:00pm.

The parties are directed to contact Magistrate Judge Aaron immediately to arrange for a settlement conference.

Date: 1/18/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge